# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>            Plaintiff,                           )<br>                                                         )<br>vs.                                                  )<br>                                                         )<br>RICHARD WILLIAM WARD,           )<br>                                                         )<br>            Defendant.                       )<br>_____)  | Case No. 2:14-cr-306-LDG-NJK<br><br>**ORDER MODIFYING BOND** |

Due to a clerical error the condition that the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC § 802, unless prescribed by a licensed medical practitioner (Condition Number 40)  was omitted from the Appearance Bond (CM/ECF Document Number 12) issued July 14, 2014.

IT IS HEREBY ORDERED that Condition Number 40, previously ordered, be incorporated into the Appearance Bond issued July 14, 2014.

DATED this 30th day of September, 2014.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge