UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:14-cr-00306-LDG-NJK |
| vs. | ) | |
| RICHARD WILLIAM WARD, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Suppress Evidence. Docket No. 37. The Court hereby SETS an evidentiary hearing on this motion, for January 21, 2015, at 1:30 p.m. in Courtroom 3D. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: January 5, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge