# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff(s), | ) Case No. 2:14-cr-00306-LDG-NJK |
| vs. | ) ORDER |
| RICHARD WILLIAM WARD, | ) |
| Defendant(s). | ) |

Pending before the Court is Defendant's motion to compel. Docket No. 72. The Court hereby **ORDERS** that a response must be filed by the United States no later than February 6, 2015, and any reply shall be filed no later than February 11, 2015. In light of the filing of the motion to compel, the Court hereby **VACATES** the hearing on the motion to suppress currently set for February 5, 2015. *See* Docket No. 67. The Court further **VACATES** the deadline currently set for February 4, 2015 for Defendant to file a motion challenging the testimony of Detective Kitchen.

The Court will reset, as necessary, the continued hearing on the motion to suppress and the deadline to file a motion challenging the testimony of Detective Kitchen.

IT IS SO ORDERED.

DATED: February 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge