# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | Case No. 2:14-cr-00306-LDG-NJK |
| Plaintiff(s),         ) | |
| ) | ORDER |
| vs.        ) | |
| ) | |
| RICHARD WILLIAM WARD,        ) | |
| ) | |
| Defendant(s).        ) | |
| ) | |

On February 17, 2015, the Court ordered the Government to provide for an *in camera* review any documents regarding any Internal Affairs Investigation of Detective Kitchen by February 23, 2015. Docket No. 77. The Government failed to comply. *See* Docket No. 78 ("No documents, however, were produced regarding the investigation into the incident that lead to the January 23, 2015, arrest of Detective Kitchen"). The Government also failed to provide a sufficient basis for that shortcoming, relying only on an undeveloped objection by Las Vegas Metropolitan Police Department (LVMPD) that such documents are "confidential" in light of the on-going criminal investigation *See id.*

The Court found that bald objection unpersuasive. On February 25, 2015, the Court ordered:

> that LVMPD must produce the documents regarding the investigation of the incident that lead to Detective Kitchen's arrest to the United States Attorney's Office for production to the Court, or directly to the Court, for *in camera* review. In either case, the documents must be produced to the Court no later than March 4, 2015. To the extent it wishes to do so, LVMPD may also lodge concurrently therewith an objection to allowing Defendant's counsel eventual access to those documents. Such an objection must provide a meaningful explanation as to the legal and factual basis for the objection.

*Id.* That deadline has now passed, and the Court has not received the subject documents, any statement regarding the basis for LVMPD's objections to the *in camera* review of those documents, or any other response of any kind from either the Government or LVMPD.

In light of the above, the Court sets a hearing in this matter for today, March 5, 2015, at 2:00 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: March 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge