UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:14-cr-00306-LDG-NJK |
| vs. ) | |
| RICHARD WILLIAM WARD, ) | **O R D E R** |
| Defendant. ) | |

Pending before the Court is Las Vegas Metropolitan Police Department's brief in regard to documents produced *in camera*. Docket No. 102. The Court hereby SETS a hearing on this brief, for April 27, 2015, at 3:00 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: April 21, 2015.

NANCY J. KOPPE
United States Magistrate Judge