**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00306-LDG-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| RICHARD WILLIAM WARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    On February 17, 2015, the Court ordered the United States to produce certain documents for *in camera* review. Docket No. 77. Specifically, the Court ordered the United States to produce Detective Kitchen's personnel files and documents from any Internal Affairs investigation of Detective Kitchen, no later than February 23, 2015. *Id*., at 4. On February 23, 2015, the United States produced certain documents to the Court for *in camera* review. The Court determined that those documents did not need to be produced to Defendant. Docket No. 78. The Court also ordered the Las Vegas Metropolitan Police Department (LVMPD) to produce documents regarding the investigation into the incident that lead to the January 23, 2015, arrest of Detective Kitchen. *See, e.g., id*.

    All documents have now been produced and the Court has reviewed them. The Court finds that Detective Kitchen's January 23, 2015, interview with LVMPD Detectives Taylor and Pretti (both the audio and the written transcript) and the search warrant affidavit for Detective Kitchen's cellular phones are potentially relevant to Detective Kitchen's credibility and therefore must be produced to Defendant. To the extent that either of these documents or the audio contain Detective Kitchen's undercover name or the

name of the victim or witness in the underlying state case, that information may be redacted prior to production.

Accordingly,

**IT IS ORDERED** that LVMPD must produce Detective Kitchen's January 23, 2015, interview with LVMPD Detectives Taylor and Pretti (both the audio and the written transcript) and the search warrant affidavit for Detective Kitchen's cellular phones, in a redacted form consistent with the Court's above instruction, to the United States Attorney's Office no later than May 5, 2015. The United States Attorney's Office must produce these documents to Defendant's counsel no later than May 6, 2015.

**IT IS FURTHER ORDERED** that any supplemental briefing that arises out of the information in the above-noted documents/audio shall be filed no later than May 13, 2015. A response shall be filed no later than May 20, 2015, and any reply shall be filed no later than May 22, 2015.

**IT IS FURTHER ORDERED** that oral argument on the pending motion to suppress evidence (Docket No. 37), and any supplemental briefing that arises out of the information produced as a result of this Order, shall be held on May 26, 2015, at 2:00 p.m., in Courtroom 3A.

IT IS SO ORDERED.

DATED: May 1, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge