# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00306-LDG-NJK |
| Plaintiff, | **ORDER** |
| vs. | |
| RICHARD WARD, | |
| Defendant. | |

**ORDER**

Based on the Government's Motion for a Protective Order, and good cause appearing therefore, the Court hereby:

1. Grants a Protective Order to limit disclosure to the public, or any third party not directly related to this case, documents/recording as identified in Doc. #107, relating to the arrest of Las Vegas Metropolitan Police Department Detective Kitchen (hereinafter referred to as the "protected information") given the Court reviewed said documents/recording *in camera* and they relate to an on-going criminal investigation regarding Detective Kitchen.

2. Further orders that without leave of Court, the parties to this matter, defined herein for the matters of this protective order as the Government, counsel for the defendant, as well as employees of the District of Nevada Federal Public Defender's Office, shall not:

    a.  make copies for, or allow copies of any kind to be made by any other person of the protected information;

    b.  allow any other person to read the protected information; and

3

  c. use of the protective information for any other purpose other than preparing to defend against the charges in the Indictment or any further superseding indictment arising out of this case; and

3. Further, the Court orders that the parties inform the Court any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

4. Finally, the Court orders that upon conclusion of this action, the defendant's attorneys return to the United States, or destroy and certify to government counsel the destruction of the protected information, within a reasonable time, not to exceed thirty days after the last appeal is final.

Based on the foregoing, IT IS THEREFORE ORDERED the Government's Motion for a Protective Order is hereby GRANTED, consistent with this Order.

DATED:  May 7, 2015

_____
THE HONORABLE NANCY KOPPE
United States Magistrate Judge