1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8

9    UNITED STATES OF AMERICA,           )
                                          )      Case No. 2:14-cr-00306-LDG-NJK
                    Plaintiff(s),         )
10                                        )      ORDER
     vs.                                  )
11                                        )      (Docket Nos. 113, 115)
     RICHARD WILLIAM WARD,                )
12                                        )
                    Defendant(s).         )
13                                        )

14         Pending before the Court is Defendant's motion to withdraw a prior filing.  Docket No. 115

15   (motion to withdraw filing at Docket No. 113).  The motion to withdraw is hereby **GRANTED** and the

16   filing at Docket No. 113 is deemed **WITHDRAWN**.

17         The Court also notes that the motion to withdraw was filed under seal.  Docket No. 115.  The

18   Court discerns no reason to seal that motion and the Clerk's Office is hereby **INSTRUCTED** to unseal

19   Docket No. 115.[1]

20         Lastly, Defendant's refiled supplemental brief indicates that it was served on the Government

21   vis-a-vis CM/ECF.  *See* Docket No. 116 at 11.  Documents filed under seal are not served vis-a-vis

22   CM/ECF.  Defendant's counsel shall promptly serve a copy of the recent filing at Docket No. 116.

23         IT IS SO ORDERED.

24         DATED:   May 14, 2015

25                                        _____
                                          NANCY J. KOPPE
26                                        United States Magistrate Judge

27   _____

28         [1] This order relates only to the unsealing of Docket No. 115.  The other documents recently filed
     under seal shall remain sealed.