PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.   Crim No. 2:14CR00306

Richard William Ward

On September 26, 2019 the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Digitally signed by Cecil B McCarroll III  
Date: 2022.05.17 15:34:54 -07'00'

Cecil McCarroll  
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 17th day of May ,20 22

Miranda M. Du  
Chief United States District Judge